UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID YOWELL AND DAVID YOWELL CONSTRUCTION, LLC | § § § § | |
| VS. | § § § | CIVIL ACTION NO. 4:15-CV-00080-RC-CMC |
| SENECA SPECIALTY INSURANCE COMPANY | § § § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW Defendant Seneca Specialty Insurance Company and respectfully advises that the parties have reached a settlement in this matter. Upon finalization of the settlement, the parties anticipate filing a joint stipulation of dismissal with prejudice with the Court. Accordingly, the parties respectfully ask that this Court abate all deadlines and remove this case from the Court's trial docket.

RESPECTFULLY SUBMITTED,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

*James N. Isbell*
James N. Isbell
Attorney-in-Charge
Bar No.  10431900
jisbell@thompsoncoe.com
Vasilia M. Wilkes
Bar No. 24051452
vwilkes@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8210
Facsimile:  (713) 403-8299

*and*

        Travis M. Brown
        Bar No.  24061890
        tbrown@thompsoncoe.com
        700 N. Pearl Street, 25th Floor
        Dallas, Texas 75201
        Telephone:  (214) 871-8200
        Facsimile:   (214) 871-8209

## CERTIFICATE OF SERVICE

     I hereby certify that on this <u>31st</u> day of May, 2016, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the CM/ECF System, which will send notification of such filing to all counsel of record.

        *James N. Isbell*
        James N. Isbell