# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DAVID YOWELL AND DAVID
YOWELL CONSTRUCTION, LLC**                                          **PLAINTIFFS**

**v.**                                                            **CAUSE NO. 4:15CV80-LG-CMC**

**SENECA SPECIALTY INSURANCE
COMPANY**                                                          **DEFENDANT**

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Agreed Motion for Dismissal [51]. The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the parties' Agreed Motion for Dismissal [51] is **GRANTED**.  This case is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.  The Clerk of Court is directed to **CLOSE** this civil action.

**SO ORDERED AND ADJUDGED** this the 30th day of June, 2016.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
Chief United States District Judge